

**Entered on Docket
March 29, 2010**



_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Kristin A. Schuler-Hintz, Esq., SBN 7171 |
| 10 | Seth J. Adams, Esq., SBN 11034 |
| | Christopher K. Lezak, Esq., SBN 11185 |
| 11 | Sherry A. Moore, Esq., SBN 11215 |
| | McCarthy & Holthus, LLP |
| 12 | 9510 West Sahara Suite # 110 |
| | Las Vegas, NV  89117 |
| 13 | Phone (702) 685-0329 |
| | Fax (866) 339-5691 |
| 14 | NVBK@McCarthyHolthus.com |

Attorney for Secured Creditor,
HSBC Bank USA, National Association, as trustee for the holders of the certificates issued by Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB4, its assignees and/or successors and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No.: 10-11160-mkn |
| | ) | |
| John G. Ferro, | ) | Chapter  7 |
| | ) | |
|     Debtor. | ) | DATE:  03/17/10 |
| | ) | TIME:   01:30 pm |
| | ) | |
| | ) | **ORDER TERMINATING** |
| | ) | **AUTOMATIC STAY** |
| | ) | |

*Rev. 12.09*                                                                        M&H File No. NV-10-22085
                                                                                                          10-11160-mkn

The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 6130 Squilchuck Court, Las Vegas, NV 89139.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak_____
Christopher K. Lezak, Esq.
9510 West Sahara Suite # 110
Las Vegas, NV 89117
702-685-0329


Approved/Disapproved

*Order Filed 02/12/10-no response received*____
Frank J. Sorrentino, Esq.
1118 E. Carson Ave.
Las Vegas, NV 89101
702-384-6824

Approved/Disapproved

*Order Filed 02/12/10-no response received*_____
Joseph B. Atkins
5030 Paradise Road #B-213
Las Vegas, NV 89119

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☒ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Frank J. Sorrentino- Order Filed 02/12/10-no response received

Unrepresented parties appearing: None

Trustee: Joseph B. Atkins- Order Filed 02/12/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###

*Rev. 12.09*     M&H File No. NV-10-22085
10-11160-mkn